IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-140-FL-1
NO. 7:23-CV-1085-FL

| | |
|---|---|
| JARRIN ANTHONY CLARIDA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on its own initiative upon petitioner's failure to return the form, for filing a motion under 28 U.S.C. § 2255, as directed in the court's June 26, 2023, order. Where petitioner was warned that failure to return the form may result in dismissal of this action, the court thus DISMISSES this § 2255 action for failure to follow the court's order.

SO ORDERED, this the 26th day of July, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge